IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>v.<br><br>$14,335.00 IN UNITED STATES CURRENCY SEIZED FROM 6890 PEACHTREE DUNWOODY ROAD, UNIT 302, ATLANTA, GEORGIA,<br><br>    DEFENDANT. | Civil Action No.<br><br>1:25-cv-00732-SEG |

## WARRANT FOR ARREST IN REM

**TO: AUTHORIZED LAW ENFORCEMENT OFFICER**

**PROPERTY DESCRIPTION: $14,335.00 IN UNITED STATES CURRENCY SEIZED FROM 6890 PEACHTREE DUNWOODY ROAD, UNIT 302, ATLANTA, GEORGIA**

WHEREAS, on February 12, 2025, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant, $14,335.00 in United States Currency Seized from 6890 Peachtree Dunwoody Road, Unit 302, Atlanta, Georgia ("Defendant Property"), alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Issued this __18th__ day of February 2025.

                               KEVIN P. WEIMER, CLERK
                               UNITED STATES DISTRICT COURT
                               NORTHERN DISTRICT OF GEORGIA

                               By:_____
                               DEPUTY CLERK

Executed this _____ day of _____, 2025.

                               _____
                               Authorized Law Enforcement Officer

                               _____
                               Title and Agency

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$799,850.00 IN UNITED STATES CURRENCY SEIZED FROM EXTRA STORAGE SPACE, UNIT 4170, 1105 MOUNT VERNON HIGHWAY NE, ATLANTA, GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:25-cv-00732-SEG |

## **WARRANT FOR ARREST IN REM**

**TO: AUTHORIZED LAW ENFORCEMENT OFFICER**

**PROPERTY DESCRIPTION: $799,850.00 IN UNITED STATES CURRENCY SEIZED FROM EXTRA STORAGE SPACE, UNIT 4170, 1105 MOUNT VERNON HIGHWAY NE, ATLANTA, GEORGIA**

WHEREAS, on February 12, 2025, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant, $799,850.00 in United States Currency Seized from Extra Storage Space, Unit 4170, 1105 Mount Vernon Highway NE, Atlanta, Georgia ("Defendant Property"), alleging that said property is subject to seizure and civil forfeiture to the United States for the

reasons mentioned in the complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of Court to issue an arrest warrant in rem for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

[continued on next page]

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Issued this __18th__ day of February 2025.

                              KEVIN P. WEIMER, CLERK
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF GEORGIA

                              By: _____
                              DEPUTY CLERK

Executed this _____ day of _____, 2025.

                              _____
                              Authorized Law Enforcement Officer

                              _____
                              Title and Agency